UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REPUBLIC FIRE AND CASUALTY
COMPANY

VERSUS

ZURN INDUSTRIES, INC.

CIVIL ACTION

NO. 10-580-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 23, 2010 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, defendant's motion to remand for lack of subject matter jurisdiction (doc. no. 8) is GRANTED and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 19th day of October, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE